**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | | Case No. 2:21-cr-00177 |
| vs. | : | |
| TIMOTHY WRIGHT, | : | JUDGE: MARBLEY |
| Defendant. | : | |

## NOTICE TO WITHDRAW PSR OBJECTIONS

Now comes the Defendant, by and through counsel, and hereby withdraws the following PSR objections set forth in the Defendant's Sentencing Memorandum filed on or about November 25, 2022. Defense Counsel and the Assistant United States Attorney are in agreement with the Defendant's Notice to withdraw said PSR Objections.

**PSR Objection No. 1**

**PSR Objection No. 2**

**PSR Objection No. 3**

**PSR Objection No. 4**

                              Respectfully submitted,

                              */s/ Brian D. Joslyn*
                              Brian D. Joslyn (0087356)
                              Counsel for the Defendant
                              501 South High Street
                              Columbus, Ohio 43215
                              Phone: (614) 444-1900
                              Fax: (614) 444-1901

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing motion was served through electronic filing which will distribute a copy to all parties, on this 6th day of December 2022.

*/s/ Brian D. Joslyn*
Brian D. Joslyn (0087356)
Counsel for the Defendant