United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                           Case No. 2:21-cr-177

Timothy W. Wright

---

## COURTROOM MINUTES
### Sentencing

| U.S. District Chief Judge Algenon L. Marbley | | Date:   December 9, 2022 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Government: | Emily Czerniejewski |
| Court Reporter | Shawna Evans | Counsel for Defendant: | Brian Joslyn |
| Interpreter | N/A | Pretrial/Probation: | Emily Mueller |

Defendant sentenced to two hundred forty (240) months of incarceration on Counts 3, 4, and 12 of the Superseding Indictment, to run concurrently with one another.

Defendant sentenced to ten (10) years of supervised release on Counts 3, 4, and 12 of the Superseding Indictment, to run concurrently with one another.

Forfeiture ordered as set forth in the Forfeiture Allegation of the Superseding Indictment; no fine imposed; restitution ordered in the amount of $3,000 per identified victim, for a total of $15,000, pursuant to the JVTA requirement; special assessment of $300 imposed.

Defendant remanded to the custody of the BOP.